

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00440-CR

Ronald **GUILLORY**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR4522
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER this appeal DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 22, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle, Clerk of Court